No. 3140. GÉIGEL, APPELLANT, *v.* ARTAU ET AL., APPELLEES. —First District Court of San Juan. Intervention. Decided February 14, 1924.

No. 3167. LIPPO, APPELLANT, *v.* REYES, APPELLEE.—District Court of Arecibo. Damages. Decided February 14, 1924.

No. 3274. CASA DE ESPAÑA, APPELLEE-APPELLANT, *v.* FOLGUERAS ET AL., APPELLANT-APPELLEES.—First District Court of San Juan. Dissolution of community. Decided February 21, 1924.

No. 2241. PEOPLE *v.* SUÁREZ.—First District Court of San Juan. Adulteration of milk. Decided February 7, 1924.

No. 2243. PEOPLE *v.* ALMÉSTICA.—First District Court of San Juan. Adulteration of milk. Decided February 8, 1924.

No. 2244. PEOPLE *v.* PALACIOS.—District Court of Humacao. Assault and battery. Decided February 12, 1924.

No. 2250. PEOPLE *v.* BURGOS.—District Court of Aguadilla. Seduction. Decided February 28, 1924.

No. 3163. MELÉNDEZ ET AL., APPELLANTS, *v.* ALVAREZ, APPELLEE.—Default. District Court of Humacao. Decided February 28, 1924.

No. 2255. PEOPLE *v.* SEGARRA.—District Court of Ponce. Assault with intent to kill. Decided March 14, 1924.

No. 2902. BOSTICK, APPELLANT-APPELLEE, *v.* ROJAS ET AL., APPELLEE-APPELLANTS.—District Court of Humacao. Nullity of contracts. Decided March 17, 1924.

No. 2862. ALEJANDRO ET AL., APPELLANTS, *v.* McALPIN, APPELLEE, AND ALEJANDRO, INTERVENOR AND APPELLANT.—District Court of Humacao. Nullity of contract. Decided March 17, 1924.

No. 2156. EX PARTE SOLDEVILA, PETITIONER AND APPELLANT.—Habeas Corpus. District Court of Ponce. Decided March 24, 1924.